UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CEDMONDRAY LEWIS                                                                      PETITIONER

V.                                                         CIVIL ACTION NO. 3:17-CV-942-DPJ-FKB

BILLY SOLLIE                                                                         RESPONDENT

ORDER

On May 2, 2018, Magistrate Judge F. Keith Ball entered a Report and Recommendation [7] suggesting that Cedmondray Lewis's § 2241 petition be dismissed for failure to exhaust state remedies and failure to state a claim. Lewis has not filed an Objection, and the time to do so has passed.

Accordingly, the unopposed Report and Recommendation [7] is adopted as the opinion of this Court. This action is dismissed.

A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 30th day of May, 2018.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE